# Court of Appeals
# of the State of Georgia

ATLANTA,___November 01, 2017___

*The Court of Appeals hereby passes the following order:*

**A18A0419.  STEVEN DALE BRYANT v. THE STATE.**

In 2015, Steven Dale Bryant was convicted of aggravated sexual battery.  After the trial court denied his motion for new trial, Bryant appealed.  While on appeal, Bryant filed a motion to remand for a hearing on his claims of ineffective assistance of counsel.  We granted the motion.  See *Bryant v. State*, Case No. A16A1918 (decided February 6, 2017).  On remand, the trial court considered the ineffective-assistance claims and again denied Bryant's motion for new trial.  Bryant's appeal was then re-docketed in this Court as Case No. A18A0342.  Bryant also filed a new notice of appeal, and that case was docketed in Case No. A18A0419.  The appeal in Case No. A18A0342 is properly before us.  Thus, the appeal in Case No. A18A0419, which is duplicative of the appeal in Case No. A18A0342, is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
            *C l e r k ' s       O f f i c e ,*
*Atlanta,___11/01/2017_____*
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*